

# NUMBER 13-26-00060-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

NORMAN MCGUIRE AND
THE CITY OF CONROE, TEXAS,                                   Appellants,

v.

WILLIS INDEPENDENT SCHOOL
DISTRICT,                                                    Appellee.

## ON APPEAL FROM THE 457TH DISTRICT COURT
## OF MONTGOMERY COUNTY, TEXAS

# MEMORANDUM OPINION

## Before Chief Justice Tijerina and Justices West and Cron
## Memorandum Opinion by Justice West

This matter is before the Court on appellants' unopposed motion to dismiss appeal.[1] Based on the motion, appellee filed a non-suit in the underlying matter, and appellants move to dismiss the appeal.

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals pursuant to a docket

The Court, having considered appellants' unopposed motion, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellants' unopposed amended motion to dismiss is granted, and the appeal is hereby dismissed.

The costs are taxed against the appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

JON WEST
Justice

Delivered and filed on the
19th day of March, 2026.

---

equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE § 73.001.